UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 08-24-GWU

DEBRA JOHNSON, PLAINTIFF,

VS. **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1) the Plaintiff's Motion for Summary Judgment is GRANTED only in so far as it seeks a determination that the Commissioner's decision is not fully supported by substantial evidence;

(2) the Defendant's Motion for Summary Judgment is DENIED only in so far as it seeks a determination that the Commissioner's decision was fully supported by substantial evidence;

(3) all other pending motions, if any, are MOOT; and

(4) the administrative decision will accordingly be REVERSED and REMANDED for further administrative consideration by separate Judgment entered this same date.

This the 10th day of June, 2009.



**Signed By:**

G. Wix Unthank

**United States Senior Judge**